# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2009

138433 & (12)(13)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

THOMAS WELGOSH and MARIE ANNE
WELGOSH,
        Plaintiffs-Appellants,

v

TRI-MOUNT CUSTOM HOMES, INC., and
MARK DEMBS,
        Defendants-Appellees.

SC: 138433
COA: 290196
Oakland CC: 2002-042140-CH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals. The motion to stay arbitration proceedings is DENIED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2009

0414

Clerk